UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
___TALLAhAssee___ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346

_John moore III_ ,
Inmate # _V02153_ .
   (Enter full name of Plaintiff)

PROVIDED TO COLUMBIA
CORRECTIONAL INSTITUTION
ON _4-25-17_ (DATE) FOR MAILING
_LD_ (STAFF INITIAL) _JM_ (I/M INITIAL)

vs.

CASE NO: _4.17 CV 192_
(To be assigned by Clerk)
_MW - PRS_

_ADministrator C. Neel, sgt spencer_
_sgt masterey, Capt Dickerson, capt_
_wimBerly, Classification Jernigan_
_senior Dentist P. JurAsh, medical doctor_
_G. RAmos, medical supervisor Lisa tomlinson_

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)
_ARe All Being Sued In_
_their Individual capacities for DamAges_

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I.   PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:   John Moore III

Inmate Number   PC V02163

Prison or Jail:   Columbia Correctional Inst Annex

Mailing address:   216 SE Corrections way
Lake City Fl 32025

## II.   DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address.  Do the same for <u>every</u> Defendant:

(1)   Defendant's name:   Administrator C. Neel
       Official position:   Central office Administrator
       Employed at:   Central office Tallahassee
       Mailing address:   601 S Calhoun street
       Tallahassee Fl 32399

(2)   Defendant's name:   Sgt   Spencer
       Official position:   Sergeant
       Employed at:   Columbia Correctional Inst Annex
       Mailing address:   216 SE corrections way
       Lake City Fl 32025

(3)   Defendant's name:   Sgt   Marteney
       Official position:   Sergeant
       Employed at:   Columbia Correctional Inst Annex
       Mailing address:   216 SE corrections way
       Lake City Fl 32025

## <u>ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS</u>

11.

(4) Defendants Name     CAPTAIN     Dickerson
official Position     Captain
Employed At     Columbia Correctional Inst Annex
Mailing Address     216 SE Corrections Way
Lake City Fl 32025

(5) Defendants Name     Wimberly
official Position     Captain
Employed At     Columbia correctional Inst Main
Mailing Address     216 SE Corrections Way
Lake City Fl 32025

(6) Defendants name     Jernigan
official Position     Classification officer
Employed at     Columbia correctional Inst Annex
mailing Address     216 SE Corrections way
Lake City Fl 32025

(7) Defendants name     G.     Ramos
official Position     Medical Doctor Site Doctor
Employed at     Columbia correctional Inst Annex + main
Mailing Address     216 SE Corrections way
Lake City Fl 32025

(8) Defendants name     Jurkash
official Position     Senior Dentist
Employed at     Columbia correctional Inst Annex
mailing Address     216 SE Corrections way
Lake City Fl 32025

(9) Defendants name     Lisa     Tomlinison
official Position     Medical Supervisor
Employed At     Columbia correctional Inst Annex + main

**Legal Indigent Supply**

mailing Address     216 SE Corrections way
Lake City Fl 32025

III.

# EXHAUSTION OF ADMINISTRATIVE REMEDIES

The plaintiff In this case Has Exhausted Every grievable channel under FAC Rules And chapter 33, To Direct grievance to central office for Retaliation, to protective management, To the Inspector General for the Illegal Actitle this stined from this Assault To Back Down to the Institutional level, Due to Administrator c neel Did not Investigate As His or Her Duty must As Deny the Inst Review process of Aul lower level prison Staff.

Plaintiff States that All His Administrative Remedies for Aul Depty's security) medical, Dental Have Been Exhausted, And also Hindered And Scrivierally Impeaden Apon,

6

## III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Pursuant to 42 U.S.C. § 1997e(a), exhaustion of administrative remedies is required prior to initiating a civil rights action which alleges unlawful conditions or events in any prison, jail, or detention center.   Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV.   PREVIOUS LAWSUITS

NOTE:  FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes(✓)                              No(  )

1.   Parties to previous action:
(a)   Plaintiff(s): John Moore II
(b)   Defendant(s): Department of Corrections

2.   Name of judge: _____   Case #: _____

3.   County and judicial circuit: 2nd Circuit leon county

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: January 29th 2016

6.   Reason for dismissal: 2 mandamus Phone pr Denied Disorderly conduct Dismissed

7.   Facts and claims of case: Phone pr And Disorderly conduct, Falsing official Documents which kept petitioner on close management 6 months

**(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?
Yes(  )                              No(✓)

1.   Parties to previous action:
a.   Plaintiff(s): NA
b.   Defendant(s): NA

2.   District and judicial division: NA

3.   Name of judge: NA          Case #: NA

4.   Approximate filing date: NA

5.   If not still pending, date of dismissal: NA

6.   Reason for dismissal: NA

3

7.   Facts and claims of case: _____NA_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✓)                    No(   )

If YES, describe each action in the space provided below.  If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.   Parties to previous action:
     a.   Plaintiff(s): John Moore III
     b.   Defendant(s): Florida Department of Corrections
2.   District and judicial division: 2nd Circuit leon county
3.   Name of judge: JAMES O SHEFLER         Case #: 2016-CA-000345
4.   Approximate filing date: January 29 2016
5.   If not still pending, date of dismissal: Still pending before 1st DCA
6.   Reason for dismissal: _____NA_____
7.   Facts and claims of case: HABEAS corpus Filed for unlawful restraint
Being Held on (com) for unlawful Six more months after mandamus s
**(Attach additional pages as necessary to list cases.)** where Denied
Dockett Attached

D.   Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service?  If so, identify each and every case so dismissed:

Yes(   )                    No(✓)

1.   Parties to previous action:
     a.   Plaintiff(s): _____NA_____
     b.   Defendant(s): _____NA_____
2.   District and judicial division: _____NA_____
3.   Name of judge: _____NA_____      Case Docket # _____NA_____
4.   Approximate filing date: _____NA_____   Dismissal date: _____NA_____
5.   Reason for dismissal: _____NA_____

4

6.    Facts and claims of case: _____ *N A* _____

_____

(Attach additional pages as necessary to list cases.)

## V.    STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

The statement of facts for Each Defendant Are Set out In numbered paragraphs within the Attachment pages Describing what Happen. who, what, when, where, And How. The petitioner states that these fact of Each Defendant Are All connected with the Same Issue of the officials paid An Inmate to Assault Him, And the Defendants that tried to cover it up, And failed to take Action, Down to medical + Dental not treating A Serious Known Injury, once known, and notified By Staff and petitioner. The Facts Are Related to the same Incident And the listed said Defendants All Acted In concert within this Assault to petitioner.

No to the Extraordinary Circumstances And the nine Defendants named, the complaint Exceeds the 5 Additional pages for the purpose for the court to fully know Exactly what Happen to petitioner/plaintiff By said Defendants

The statement of facts Cwas Rewritten By Another Inmate for clearer Handwriting. I the petitioner Hand writing is not to good No to A construction Injury on the Street, unrelated to this petition or Defendants

I John moore swear under the penalty of perjury, that the Facts Are True And correct.

5

<u>STATEMENT OF FACTS</u>

V.

1) Administrator C. Neel: the assault the very next day of 10-31-16 I the Plaintiff Filed a direct grievance to Tallahassee central office of reprisal For being retatiated on For writing grievance's I used the direct grievance Rule, do to staff at the Prison had paid an inmate drugs to beat me, and upon the actual assault the Sgt. Spencer was coming in as it happen and Seen it. I state Per the FAC Rule to central OFFice My reason why I by Passing the institution. and, the nature of the incedent of Paying (Spice also Known as K-2) And that staff seen me with a more than Serous injury And did not take me to medical, Per Protocal, nor did both Sgt. Spencer or Marteny notice (DIC) Captain nor did they write an incedent report that must be done, nor did they Place me or the asailent in confinement. In this direct grievance I Stated that this took Place right after Seven P.M Shift change and happen in middle of day room, and on dorm Cameria. On 12-12-16 I get the Second grievance back not the First one of the incedent dated 10-31-16. The Second grievance the admin- istrator C. Neel sent back with response was was dated 11-16-16. That I was not in compliance with department Rules of Chapter 33-103 But never States what Part of 33-103. Then it goes on to say that I must First submit at Prison level at institution or I must Proved a copy of the grievance to that office and then it states that nor have I Stated a valid or acceptable reason For not Following the Rules, there for My grievance is denied and returned without action. I the Plaintiff State that this assault staff Paid drugs, and seen assault, and both Sgt. Seen me up close and Personal

6

## STATEMENT OF FACTS

V.

and did not act. Nor did they get me medical treatment, nor was the (OIC) called. And this was on dorm camera and in middle of day room. The state that I dont have to submitt to institution if I feel I might be retatiated against. which at that point a had already recieved the highest level of retailation. Administor C. Neel did not notify the Warden as he or she must. And have the Warden or inspector General investisate, this he or she had to do, do to the nature allege. This offical misconduct at the prison level is exactly why the direct grievance Rule is in place, which admistor C. Neel denied me that right to the grievance process to the secretary and is the direct reason this incedent did not get investigated or no action took on any staff members involved threw out this whole process and including no action on the inmate that done it this official misconduct by admistor C. Neel on failer to act as the last review authority of the department which dorm camera would have substatiated my allegation's, this failure to act within in the 5 to 15 day Rule to respond and take action under, the direct grievance of 33-103.007 is a direct violation of the deliberate Indifference standard and is action able of an offical action in her individual composity, under the color of state or Federal law and is a direct violation of the US Constitution. of my civil rights.

2.) Sgt Spencer: I the plaintiff was standing in middle of day room a little after shift change 7:00 pm talking to two other inmate's, two which both have wrote sworn affadavits to the incedent. Inmate Jeffery Jackson walks up to me and says moore the police is going to pay me and my roomate to kick your ass. I thought at first he was playing around he is a known spice

6

2

V.

Junkie, and roomate also." I say gone with the bullshorty he says moore for real. I see he was serous so I grab him and make him turn to officer station to where two male officers is look toward the wing. I say which one told you that, and what they saying you, he says I dont know they name, but some red spice. I let him go and then the gaurds is on there way out. but as I let inmate Jackson go his roomate stop him off to the side where I was standing with Keith Bland and Jean Lizert and Jason Lanster. Jackson roomate tell him what you Just to told him man what we gonna do. So when I hear this no more than Five feet away I walk over to them non aggresive and I ask Jason Lanster who goes by the name spider, I say whats up with your Roomate, said. But as I said that inmate yell out (one time) meaning gaurds or Police coming. So as I go to turn my head to the left to see who is coming in it was Spencer, the it was lights out spider hit me above my right eye and knocked me out. (This Part is what I was told by inmate Keith Bland who I was talking with at first. Jean liezert) had step to water (Fountain. Keith Bland an another inmate I dont know (Hen) drug me to my room, with Sgt. Spencer in wing. They leave me in the middle of my cell floor room S-1110 up about 2 to 3 minutes Keith Bland say I was out. while Sgt. Spencer is standing looking at me in my cell door way) When I slowly come to, I have blood pooring from a gash over my right eye in eye brow and knot and Sgt. Spencer is standing in my cell door with a smile, he Proceeds to say Maybe next time you will think before you write up my Sgt. meaning Sgt. Stone, who I wrote

6

3

## STATEMENT OF FACTS

V.

a grievance on and (ADA) complaint on and he says My captain meaning Esposito, who I wrote grievance on and (ADA) complaint to U.S. Department of Justice, who trial Attorney Douglas Kern recieved and have been in constant contact with through out all this. (I said Dam, Spencer this how you doing it, he then says you better not go to medical cause if you do and I come back I'm gonna Put you in N-dorm confindment and you know what time is, meaning he will beat me off cameria and audio like they do, he walks off.

A: Fact: He seen me get knocked out right in the middle of the dayroom as he was coming in wing to see his hit take place. And Jason Lanster is a gang member and known Spice junkie. The dorm cameria will show him coming in as I get hit then come stand to My cell door as I regain consciousness. He threaten me not to go to medical or he would inflict more harm now. He never took me to get medical treatment with a more than obvious injury he seen happen. He never notifued (DOC) as he must of incedent. He never wrote an incedent report that must been wrote an everything the reason why he did not follow protocalls is cause he willfully maliously, and sadistically wanted to cause me harm and use an inmate to assault me, cause who cares about inmate's really hurting one another. But where Sgt. Spencer broke the law with this said assault by a gang member by way of drugs (That took place, minutes later in a subsequent act with Sgt. Martenney) by not following Department protocals. His intent was clear to ~~do~~ me harm for writing grievances on his fellow Sgt. Stone and

6

4

STATEMENT OF FACTS

V

Captain ~~████████~~. He in violation of not treating a known medical injury which he caused and wacthed happen this actional be under the 8th Amendment cruel and unreal punishment, this is also against the law to purposely do me physical harm, and watch it and not report it. which amount to Deliberate Indifferenc standard, and criminal Intent, which is in violation of the U.S.C. Sgt Marteney: one Sat Spencer, threaten me not to go to medical and walked off I walked to my sink holding the wall my legs were weak and my whole mouth was hurting, but my top lip and teeth from middle to right were completely numb with pain and the gash wouldnt not stop bleeding I put toliet paper on it and ran cold water on it to slow down swelling then put more toliet paper over gash and went upstairs to try and find, out from the inmate whats up with that and is it over, cause if not Im good. my mom was coming to visit in years. As I get up stairs inmate Spider, Jason lanster, and his roomate Jefferson Jackson is standing outside there cell door out on cat walk. As I walk up to there room S-1214 I say let me talk to you, since when you start doing hits for the police he says its nothing to talk about but here comes Sgt Marteney come around on top floor from other way hes walking up to us three and look at me and my face no more that two feet away and say to me no ones going to medical right, I dont say nothing, but Im angry and still in shock from it all. He about face, walk into there room S1, 1214 and walks to end of bottom bed and throw 2 folded pieces of small paper of the (SPICE) How inmate fold it and paper and

6

5

V.

## STATEMENT OF FACTS

And sale called sacks, when I see this I turn and walk back down stairs saying I dont beleave this shit. Half way down, Sgt Spencer is coming in with mail under his arm and say I thought I told you to stay in your room, I say well, I aint Im good now whats up him and Sgt Marteney walk out laughing and yell out to try and throw other inmates of siting in day room watching TV. Some one tell him to stop smoking that shit. First I dont do no Spice, or any other drug and everyone that was in that day room knew what went down but alot was afraid to say so do to Sgt Spencer and Sgt Marteney will retaliate, and Plus everyone Just seen what they Just done to me for writing grievance or writing Staff up cause they Just do what they want no one governs them.

FACT: A¿ At no time did Sgt Marteney seeing me close up with a more than obiovous injury take me to go to medical treatment, as also when I first was hit, he watched it from office station, as Spencer and another officer was heading out but Sgt Spencer was the one that came in over wing as I got knocked out, the other officer went around to wing 3 and me side this was in wing one. Sgt Marteney did not notify(OIC) nor did he take me to medical after seeing me injured up close, and also the cause of it no incedent report writen by him, one took to continement. Reason why neighther Sgt followed Protocal is cause they Purposely, maliously ment to cause me harm for useing my right to write, a grievance for offical misconduct that the law say is against the law, which no one is above the law

6

6

<u>STATEMENT OF FACTS</u>

V.

or the united states constitution not even the law. Sgt Marteney is in direct violation of cruel and unuseaul Punishment and acted with deliberate indifference and is actionable under offical order the color of law in there individual compasity

Captain Dickerson: I the Plaintiff state that upon visiting my mother on 11-13-16. I had a health callout to see my assigned counsler Ms. J-Jones. Upon checking in with medical officer Ms. Thomas, see question me about my still visual injury which out of fear what Sgt Spencer said not to go to medical or I know what time it is so this callout is exactly 15 days From 10-30-16 when this happen and callout was 11-14-16. I tell medical officer Ms. Thomas let me see my mental health counsler and Im gonna have her Put me in the (Sho) cell Der. Doctor Gabbi cause I give up and tired of being hurt by People and the gaurds just doing what they want to inmates and no one cares even when they know its going on. Officer Thomas go get Captain Dickerson. who was just taking over Captain Espusito shift who was Present that day in Medical. He took me to Captain office down hallway in medical with officer Wallace and male officer Thomas Present. I tell the Captain that Im hurt and need to be seen by medical. He says to me I can see your face and eye, eye ball completely red in coner. I tell him what Sgt Spencer said and done and Sgt Marteney. He says ok I gonna have Mr Thomas Put cuffs on you take you to medical examer room, and have medical treat your injury and do a stick figure of injury's and then Im gonna Put you in confinement under investigation tell I can go review dorm cameria to look into your Allegations. Officer Thomas took me to exam room

6

**7**

V.

<u>STATEMENT OF FACTS</u>

and stayed with me officer Ms. Thomas came in and out and
went and got My counsler Ms Jones and done My callout right
in the exam room, while Nurse shin'en light in eye check My
cheek bone opening my mouth, where it making a Poping sound
and. Im telling her I want it documented in My medical chart
Security Paid an in inmate spice to assault me and seen it happen,
and threaten me not to come to medical or he would do further
harm, and this was days ago to which they never documented
in medical chart and reports what I state who it was done for
and I told them the inmate name. at no time I threaten any staff
no where in that building at anytime I was took to confinement
when doctor Garcia would'nt examine me and said take him to
confinement I'll do emergency x-ray. once I got over to
confinement I was house in wing four under investigation,
the next day on 11-15-16 I was moved to another cell
with an inmate Pending a D.R., I did not think nothing at
First, But then later that night I tell My roomate who also wrote
a sworn affadavit of My of My suffering and treatment
by confinement staff not answering grievances intercepting
grievances to inspector on 11-17-16 officer Cooper come's
and serve me a DR from Captain Dickerson for spoken
threats, that stated only this thats not tru at all and other
staff members knew that over in medical. It state:
I was Present in medical when inmate moore stated
to me that he was not going back to compound cause he would
kill an staff member. Captain Dickerson being with the rank
of Captain is in direct of criminal complaint and falsifying
official documents once I told him his officers sgt.
assualted me, and it was on cameria and no Protocals follow
no incedent report written, no (OIC) notifyed once he said he
was going to investigate. He must take Pictures of My injury
with institutional cameria for his investigation. This must be
done At All, Protocal medical do there own, but him being security
had to take Photo's, specaly after finding out his officer was

8

V.          <u>STATEMENT OF FACTS</u>

the cause of the injury. This was 15 days after it happen inside the
the cameria footage rule of every 30 days footage gets recorded over
but if a grievance is wrote it must be preserved he knows this
my direct proof. Central office had not took action like they suppose
to administrator C Neel. Captain Dickerson sould be held acountable
to the fullest exstent of the law and should be prosecuted as
being a captain and doing what he did. That whole building and staff
knew I reported it to him that sgt Spencer and Martenery had
this done all staff members knew I never threaten no staff
member or inmates all staff members knew I was only just
going to confinement under investigation till my allegations that
were facts were investigated, captain Dickerson never intended
to investigate and did nothing at all but clearly maliously, punishment me
further for nothing by writing a false report and went to alert
his officers. he thought I was an inmate who would just let it
go and not do nothing like so many he just took over Espusito
shift. He is in direct violation of the directly act with malice Deliberate
<u>Indifference</u>

  Captain Wimberly: I the plaintiff states that the unlawful discplary
report that captain wrote me for spoken threat. Captain Wimberly did
unlawfully find me guilty, of an infraction I did not commit, and I request
under DR court rules to have hearing postponed due to medical staff
and mental health staff in medical knew that I was only going
to confinement under investigation till captain Dickerson supposely
review dorm cameria and look into my factual allegation that was on
cameria, who he asked me where did this supposely assualt from my
staff happen. I said in the middle of dorm day room. Captain Wimberly
that sat on the DR hearing, said well I see your face, that dont mean
the captain is not investigating it but cause it was a captain wrote it
we got to give you 30 days, which denied me my right to a fair and
inpartial hearing. And had ralvent information that other staff knew and
seen my injury and I just told security and when I first was
in confinement I was under investigation status. I know by
master count roster at night (12) your status. It said pending
investigation, therefore denied me to my prison liberty service,
Rec, visitation.

                                          9

## STATEMENT OF FACTS

Classification Jernigan: I the Plaintiff states that classification ms. Jernigan has the last say so in a DR. hearing she did not follow protocals in disciplinary hearing First thing once I came into hearing room She said You dont need me to read this do You I said yes I do and ms. Jernigan In requesting that You Postpond this DR cause everyone over in medial and my mental health counsler Know I didn't threaten no one, and this is a Serious major DR. she stated I see You face she let me tell her briefly what happen of what sgt Spencer and Marteney done while I'm quickly telling her captain wimberly is sitting there rolling her eyes like I'm boring her the ms Jernigan says look I got to give You 30 days cause a captain wrote it, she said You didnt call no witness, I said what staff member is going to write on Paper a statement for an inmate. But they will tell staff one on one when asked beside investigation ms. cooper wouldn't give You enough time to think who to Put as witness, then she tell You to have the staff member name, ms Jernigan said look I got to find You guilty, I'll give You 30 day cause a captain wrote it, She said You didnt call no witness, I said what staff member is going to write on Paper a statement for an inmate, but they will tell staff one on one when asked, beside investigative ms cooper wouldn't give You enough time to think who to Put as witness then she tells You to have the staff member name, ms Jernigan said look I got to find You guilty I'll give You 30 days and credit for (AL) confinment days deprivation of Prison liberty, services, visitation

V. STATEMENT OF FACTS

medical Doctor G. RAMOS: I the plaintiff state that on 11-14-16 while Being preconfined By security captain Dickerson After Informing Him His Sergeant's Had me Beat. I was seen By nurse's to where they Documented my Injury on stick figure Diagram. I Stated to the nurse's that security Had me Beat By Another Inmate And seen it Happen when it Happen And threaten me not to go to medical. The nurse's Examine me And I tell them that my mouth And teeth are numb, Also Have pain Some where, to where I Hit the Floor when I was Hit And knocked out. The nurse went And got Doctor G. Ramos to Examine me After they Documented All the Injury. Doctor Ramos Asked officer male thomas Is He going to confinement, security officer thomas said yes, under Investigation per the captain till we can find out what Happen By reviewing the Camera. He's going under Investigation. Doctor Ramos Stated peaking His Head In EXAM Room, take Him to confinement I order A Emergency X-Ray. At no time Did Doctor G. Ramos Examine me As He must He Didn't Reffer with His nurse of there preliminary Examination He never checked my mouth to see If teeth were cracked, And Even not He should Have Reffered me to Dental, since His medical Department made contact frist of this staff caused Injury. As A Doctor He failed to treat A known serious Injury, He failed to Even look for A Diagnosis of the various Injurie's complained About Doctor Ramos Displayed gross negligence, culpable negligence, And done out of Deliberate InDifference.

Dentist Dr P. Sukash: I was placed In confinement on 11-14-16 pending Investigation Do to A staff paid Assault. On 11-18-16 I was given A Disciplinary Report of spoken threats By the captain that I told his officer's Had Beat me. I filled numerous Dental Sickcalls cause my 7 top teeth from middle to Right were Hurting And top lip And cheek under Right Eye was completely numb. I wrote Inmate Request

## <u>STATEMENT OF FACTS</u>

to Dental telling them of Incident And Injury And what I was feeling And In pain. I wrote Sickcalls on 11-30-16 never called Informed By security that Dental knows About it, Declared Dental Emergency on Every shift, which were All Denied and not Honored By Security, But not called By Dental Also, Before security can take me over to medical Building which is only About 150 yards Away IF that, But Dental Dunt like seeing confinement trade Inmate's And Had A Big problem of this Around this time of Incident wrote sick call on 12-4-16 Still was not called for or seen By Dental After Requests, And grievances. Sent Another sickcall on 12-11-16 And HAD Been Stopping Every officer, Even medical nurse's At pill call rounds on 12-11-16 I stopped Sgt Kamancheo and told him what's Been going on with Dental not seeing me, He took Both grievance where security captain Hesters Had Been Blocking me to Speak with Camp Inspector And Show Sgt Kamecho my copy of Dental Sick calls, He left And came Back And Said Inspector Iambo Is aware of these grievances, And I'm gonna take you personally tommorow to Dental And Have them see you per me Security. Next Day man of His word He proceeded to take me over to Dental, with officers J Sanders who sat on me while Dental see me the Dentist tells me to pick A tooth, I said I Have 7 from the Injury I sustained from this staff paid Assault. He said well I can only take A picture of one, I pick one, He said I dunt see nothing In this tooth, I'm gonna send you to lake Butler medical unit. The Dentist failed to fully treat A known Injury, to check All teeth oringally complained About, failure to fully find cause of numbness Before or After.

12

<u>V. STATEMENT OF FACTS</u>

confinement sickcall is useally done on thursday's and a couple of days after sickcall is put in, But dental allowed plaintiff to suffer with pain and numbness for about a full 30 days, once they had it brought to there attition. this was done out of gross negligence, culpable negligence and with malious Intent not to treat an Injury under dellberate In difference.

medical supervisor L Tomlinson: I the plaintiff state that he wrote numerous grievances concerning this Refusal to have her staff see me and called to medical. the plaintiff states that her lower level staff is the cause of the problem to take action and treat a known serious medical need. I wrote grievances specifically to ms Tomlinsen to step in take action, and informed her that I'm still hurt. I informed her that her medical docter refussed to exmaine me, and now dental to treat me. medical, dental, security was not sent copy of grivance back with response, and some they have, and the ones they have are just boilier maker response's that dont address problem or remedy seeking

therefor supervisor ms L tumlinson is liable for her staff, unlawful practies that need to be changed In the future this never Happen to anotheir Inmate In order not to blankety denied medical, dental, mental Health In not to blankety deny plaintiffs civil rights futher of these various officals to have better training of here staff she's over

13

STATEMENT OF CLAIMS

VI:A) 1.) The actions of Administrator C Neel under Florida statutes 944.35 (4)(A) is In and was In Direct violation In failing to Report An Initiate An Investigation to the warden of the Institution or Inspector General of plaintiffs Direct grievance of 33-103.007 of Reprisal, Also IS In Direct of plaintiffs 1st Amendment Right to the u.s constitution to petition Any Government agency for Redress of grievance, Respondent Superior violation By C Neel Being In charge of Review or Authority of central office, Had A Duty to Act, this Defendant was grossly negligent In supervising Subordinates who committed wrongful Acts, And unlawful Illegal Acts, And said Administrator Exhibited Deliberate Indifference to the plaintiffs Right's of Inmates By failing to Act on Information Indicating that unconstitutional acts were occurring, maliciously and sadistically, with Evil Intent to cause plaintiff Harm. is Direct violation of the 8th Amendment which is Actionable under the color of State law

**Legal Indigent Supply**

Statement of Claim)

VI:B) 2.) Defendants Sgt Spencer and Sgt Marteney acted with Deliberate Indifference with Reckless Disregard for safety of plantiff By failure to Act Reasonably In Response of Danger Inference to A Substantial Risk to serious Harm that Exists And failure to treat A known medical Issue. Failure to Intervene to prevent the misuse of force created By them that was done out of criminal Attempt, And Soliciting Another Inmate, By use of Drugs to committ Felony Battery Fl stat 784.03, 777.04 (C) And Fla Statutes 944.35 (3) (A) (1) (C 2)

Which is a Direct violation of the 8th Amendment under the color of state law, which is Repugnant to the conscience of mankind which these two Defendants Acted under the color of law In there Individual compasity.

Statement of Claims

VI:C) 3. Defendant captain Dickerson Acted In His Indivial compasity And Acted with Exstream Deliberate Indifference. In not to act on A Reported, And Known Assault or Battery upon plantiff And then punish plaintiff or futher And subject plantiff to Be Deprived of His liberties In prison, visitation, services, library, Rec, Reliogus services. The Defendant is In Direct vidation of Fla Statutes 944.35 (d)(4A)(B) An Employee who Knowingly or willfully submits Inaccurate, Incomplete or untruthful Information with regard to report requiried In this section. The Defendant Acted with A willfulness to cover or Hide the truth, And take Action, there For with A willful malivus Intent to Break the law, rules, under FAC, Rules Chapter 33-208-039, sections 110.107; 110.227, and 943.1395, F.S. / Chapter 33-208 And GUL-36, FAC. the Defendant is In Direct violation of Equal protection law of the 14th Amendment And the 8th Amendment of cruel And unseall punishment, the use of corporal punishment or Hazing; is A form of physical punishment that Involves the Deliberate Infliction of pain or Ridicule In order to punish or Embarras ( 33-208.039 Employee Disciplinary procedure

Legal Indigent Supply

STATEMENT OF Claims

VI:D 4.) The Defendants ~~missed~~ classification ms Jernigan And captain Wimberly Actions In not conducting A fuller Inquire Into plaintiff Disciplinary Report By postponing It, thus unlawfully Hearing And finding ~~perdure~~ plaintiff Guilt of An Infraction He Did not committ, ~~which~~ other staff knew. By sustaining plaintiffs Disciplinary Report violating plaintiffs Substantives Rights to A fair An Impartial Hearing, thus they Acted with Deliberate InDifference And thus causing A prison created liberty ~~interest~~ Interest, And Deprivation. And is actionable under the Defendants Acting In Theyre Individual composity, And thus violating the Due process clause of the 14 Amendment And the 8th Amendment of the United States constitution.

Legal Indigent Supply

Statement of Claim

V.I:E 5.) Defendant's Doctor G Ramos, Dr P. Jurkash senior-Dentist, And
L Tomlinson Actions In failing to provide An Adequate Medical And Dental
Care for plaintiff And continued to violate the plaintiffs Right under
gross neglence And culpable neglence And were Deliberate Indifference
to the plaintiff treating a known medical problem, And once known
still Did not provide follow up care, or fully treat plaintiff constant
on going nerve Damage that's Been perminate. Defendants were Acting
with Deliberate Indifference In not fully Examineing plaintiff Initialy,
And after the Fact to Get Down to the nerve Damage He Has to mouth
for Being knocked out And Hitting Floor. Doctor G Ramos failure to
treat a serous medical need (Refused to Examine) Doctor P Jurkash
senior Dentist failure to send to proper out patient care to fully find cause
of the nerve Damage, that Been from Begging of Incedent 10-30-16 And
still current Now As of 3-30-17, futher senior Dentist Refussed to
ful TAKE X rays of All the teeth complaind About Oringally, As well
As find the cause to the complete numbners to top lip, cheek, Face, failure
to send plaintiff BAck to RMC to see nerve specialist, Instead of Regular
Dentist He Done months After Sick calls, senior Dentist is the cause of
plaintiffs suffering while In confinement Refussing to Have plaintiff Brought
over to Dental lAbs, And Did not Repond to Sick calls while In confinement
which He was finally forced to see plaintiff once confinement sgt Kamecho
took me over there And made then treatme, which He still Refussed to
X ray All the Teeth, p told plaintiff to pick one tooth, But charged co-payment
for Each visit, when He never treated Inluy fully or found the cause of
the nerve Damage trauma to mouth At No time. Allowed pestitioner over 30
Day's In confinemat to suffer.

## VI.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

The claims In this complaint Are 8th amendment cruel and unusual punishment of a staff paid physical Assault, 14th Amendment due process In connection with unlawful Disciplinary, officials Acting under color of law, culpable negligence, gross negligence, And Deliberate In Difference And Equal protection of State And Federal Law, Fl stat 784.03, 777.04(cc) Fla stat 944.35C3)(A)C1)(2), FAC Rule chapter 33-208.039, sections 110,107,110 and 7 And Fla stat 943.1395, Chapter 33-208-601-36 FAC, 944.35(d) C4A)(3) ARE set out within this complaint A-E of said Defendants

## VII.    RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Compensatory Damages for Emotional And mental Distress from A Staff physical Assault, punitive damages of the maliciousness to cause plaintiff Harm, failure to treat known Injury, failure to Investigate And take action, demand the Honorable court to Allow plaintiff His Day In court By Jury trial of the official misconduct which Relief is set out within this complaint, C Relief fully set out In Attachment

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

4-25-17
(Date)

_____
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the 25th day of April , 20 17 .

_____
(Signature of Plaintiff)

Revised 03/07

7

RELIEF    REQUESTED

VII.   WHERefore, The plaintiff Request that the court grant the Following Relief:
A.) The physical Abuse and Solicitation By Defendants Sgt Spencer and
Marteney to Have Another Inmate commit an Assault and Battery to
where plaintiff lost consciousness, then drug to his room, made a mockery
out of Because of the Defendants malicus Intent to cause Harm, that
~~shocks the conscience of the Repugnant~~ thats Repugnant to the conscience
of mankind, while acting under ~~State~~ the color of State law In there
Individual Capacities, thus is a violation of the plaintiffs Rights under
8th Amendment to the united States constitution An Did cause Bodily Harm
of Assault And Battery under State and Federal law, that HAS And Did cause
physical pain And Emotional Injuries. Resulting In plaintiffs Assault/Battery
B.) Defendant Captain Dickerson failure to take Action to Stop or Investigate
This psihical Assault and Battery, once Informed By plaintiff is a Direct
violation of the eighth amendment to the united States constitution And thus
committed obstruction of Justice under State law, then By the Defendant
Captain Dickerson writing a False misconduct Report Saying I threaten a Staff
member, to futher Inflict Cruel and unuseall punishment to Humilate plaintiff
After Informing Him that I Had Been Assaulted, threaten, and Refussed treatment
thus is a Direct Violation of the 8th amendment of the united States constitution
while acting under the color of State law In His Individual capacities
C.) Defendants captain Cumberly And classification Jecigan Actions once told to
postpone Disciplinary Report, that I Had Been Assaulted By Staff, And was currently
Still Hurt, And that I was placed In confinement pending Investigation, till cameras
could Be Rewind By captain Dickerson to Substantiate plaintiffs Allegations

1

which Both Defendants Captain wimberly And (SCO) Jernigan Seen Injury And still Found plaintiff Guilty of the unlawful Report, violating petitioner substantive Rights And while Acting In there Individial capasityies, which is a violation to plantiff's 8th Amendment, 14th Amendment to the United States constitution.

D.) Defendants Doctor G Ramos, Senior Dentist P Jurkash, And L tomlinson In failing to fully treat A known serious physical Injury, And to proved Adequate medical and dental care For the plaintiff long term nerve Damage. while Acting out of gross neglence And culpubly neglence, And is a Direct violation to the plaintiffs pain And suffering and done out of malious, sadistic, Entent to cause petitione Bodily harm while Acting under the color of law, And with Deliberate inDifferent towards plaintiffs Injurys under the eight Amendment to the United States constution.

Immediately ARRange for the plaintiff's need for to Be Seen By A nerve Specialist for treatment And Restoration of nerve Damage.

E.) Expunge the unlawful Disciplinary By captain Dickerson for covering up His officer unlawful Actions once plaintiff notifyied Security of the paid Assault/Battery By use of Drugs And Gang members, that All Happen on Camera And In the presence of the two Sgt that cause And order it to Be Done

F.) Award compensatory Damages In the following Amounts:

1. $10.000 Jointly And Severally Against Defendants Sgt Spencer Sgt mabveney for the Assault And Battery, And pain And suffering, And Emotional InJuries Sustained As a Result of the Beating, where plaintiff lost conciousners

2

2.) # 10,00 Jointly And severally Against Defendants Captain Dickerson, captain wimberly And classification Jernigan For the post punishment of Reporting the unlawful acts, thus Including Deprivation of plaintiffs liberties And Amenity And Emotional Injury of being punished In confinement And made to suffer, resulting from the unlawful Report and Refussal to take Action and Denial of Due process In connection with plaintiffs Disciplinary proceeding.

3.) $15,000 Jointly and severally Against DR G Ramos, senior Dentist P. Surkash, And Lisa Tomlinson for the uncalled for 30 Days period made to suffer physical pain And Emotional Injury of going Into C Slos) Observation mental health cell, stopped Eating 3 whole Days cause No one cared About the Assault or medical need And further punished plaintiff with a unlawful Report. the medical And Dental is Done out of gross neglience And culpable negligence from failure to provide Adequate medical And Dental care to plaintiff.

G.) Award punitive Damages In the Following Amounts

1.) $5000 each Against Defendants Sgt Spencer Sgt Martensey

2.) $5,000 each Against Defendant captain Dickerson, captain Wimberly and classification ms Sernigan

3.) $10,000 each Against Defendant DR Ramos, senior Dentist P. Surkash And L Tomlinson

## COMPLAINT WITH JURY TRIAL DEMAND

this is a civil Rights Action filed By John moore II A state prisoner for compensatory Damages And punitive Damages under 42 U.S.C. 1983, By way of A prima face Basis for Relief sought for unprovoked Assault He sustained from Defendants And Denial of medical and Dental treatment And once notified still failed to treat. A known Serious medical Injury. which is Actionable under the 8th Amendment.

to the United States constitution And confinement under unlawful segregation In violation of the Due process clause of the 14th Amendment to the constitution. the plaintiff is requesting the court to allow him to Exercise His 7th Amendment Right to a suite of common law And His first Amedment Right to petition Any Goverment Agency for a Redress of grievance's

## SETTLEMENT CONFERENCE

In the Event that plaintiff is the moving party or succeed on the merits plaintiff is willing to seek settlement conference If Defendants or there successor the secretary Julie L Jones Dont want to Attest the Facts of this Assault, failure to treat A known medical Injury, falsifying official Documents obstruction of justice with criminal Intent. If In the Event that Defendanes want to Attest this suite, the plaintiff is ready for Jury trial to Have His Day In court.

## NOTARIZED OATH

State of __Florida__

County of __Columbia__

      NOTARY PUBLIC, or other persons authorized to administer an oath (print type, or stamp commissioned name of notary public)

Personally known __John Moore III__ or produced identification. Identification type of identification produce __Doc V0253__ .

Under Penalties of Perjury pursuant to section 92.525 Florida Statutes, I certify that I have read the foregoing motion/petition and that the facts state in it are true and correct.

/s/ _(signature)_

SWORN AND SUBSCRIBED before me on __April 25th__ 2017

Stamp ___(RHONDA K. DAVIS / MY COMMISSION # FF 914173 / EXPIRES: August 30, 2019 / Bonded Thru Budget Notary Services)___

/s/ __Rhonda K Davis__
Notary Public

## CERTIFICATE OF SERVICE

      I CERTIFY that have placed this document in the hands of prison officials for mailing by United States Mail this __25th__ day of __April__ 2017.

# AFFIDAVIT

**State of Florida)**
**County of** COLUMBIA )

I, John Moore II of COLUMBIA correctional Institution
Annex And An Inmate In the Florida Department of corrections
**do hereby swear that the following statement is true and correct and made of my own free will and from my own personal knowledge.**

I the Affiant state that the civil rights complaint summited
will Have to Be Amended for the purposes of the prison refusal
To Exercise my right to Bring this case to proper official, And Have
Indeed Been Hindered Drastically And purposely on Every corner
I John moore stated In Request summitted with this affidavit
Alerting the warden why I only need the Defendants frist And
last name, to which He Refused to Give, And under court Rules
But they staff Badge Has it, But they never Have it Displayed As they
should. For court purpose's I should Been given. I submitted this affidavit
In support of the many Blaten Refusal to Do whats Right, And follow
the law, And FAC Rules And not to futher violate my civil Rights
In me Exercising my Rights. C the Sgt Spencer And capt cubberly was
moved to the main unit, this is a 3 facilite prison, main, annex, work camp
upon the courts order, on Defendants, the complaint will Be Amended to
state full frist and last name                     . **Further the affiant sayeth naught.**
**Under penalty of perjury pursuant to Section 92.525,
Florida Statutes          I declare that I have read the foregoing and that the facts and matters stated therein are true and correct.**

**Date signed:** 4-25-17          **Signature:** John Moore II

# INMATE REQUEST

DEPARTMENT OF CORRECTIONS

Mail Number: TA104C

2511904-0137 WARDEN Hogginson (court purposes)

Team Number:

Institution: CCF Annex

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other WARDEN |
|---|---|---|---|---|

| FROM: | Inmate Name John Moore III | DC Number V02153 | Quarters TA104C | Job Assignment NA | Date 3-10-17 |
|---|---|---|---|---|---|

## REQUEST

**Check here if it is an informal grievance** ☑

Sir I need the first and last name of these staff members To put on 1983 civil law suite, this is the 2nd time writing for this information to proceed to court In this civil suite, Listed Defendants

Sgt spencer, sgt marteney, captain Dickerson, captain Wimberly, classification Jernigan senior Dentist P. Jurkash medical Doctor G Ramos, L Tomlinson Head of medical

I Do not need NO ADDRESS of there Staff, the U.S. Marshalls office will serve them to the ADDRESS,

I only need And Requesting there First And last name to file complaint 1983 Civil Rights Suite

I Am fully PRO SE And Exercising my Right

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: V02153 |
|---|---|

## DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: APR 11 2017

There is no Sgt. Spencer nor Captain Wimberly at Columbia CI. All the others can be identified by the name and title you have given.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____Denied_____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): K.P. Woodall | Official (Signature): | Date: 4/14/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

John Moore III ℝ V021531/T2NR
Columbia Correctional Institution Annex
216 SE Corrections Way
lake city Florida 32025



7024 2820 0000 4751 9690

CERTIFIED MAIL

MAILED FROM A STATE
CORRECTIONAL
INSTITUTION

U.S. POSTAGE PITNEY BOWES
ZIP 32025
02 4W
0000340126 APR 25 2017
$ 013.30°

TO

CLERK, U.S. District court
111 N. Adams Street
Suite 322
Tallahassee Florida 32301-7730

